# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-31281

RICKY L. HETCHLER,

Plaintiff-Appellant,

and

SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.;
GRASSO PRODUCTION MANAGEMENT, INC.,

Intervenor Plaintiffs-Appellants,

versus

CONOCO, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana

(96-CV-2208)

January 8, 1999

Before POLITZ, Chief Judge, HIGGINBOTHAM and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

Ricky L. Hetchler appeals an adverse jury verdict and certain rulings and

decisions by the trial judge in his action against Conoco, Inc., arising out of the

claimed rape and subsequent death of her daughter, Lonna Herronen.  Our review

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the record in this case, aided by the briefs and oral arguments of counsel, persuades that the jury finding of no liability herein on the part of Conoco is adequately supported by the record, obviating the necessity for consideration of other issues advanced herein. Accordingly, the judgment appealed is AFFIRMED.